FILED
5/20/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 91 (Rev. 11/11) Criminal Complaint                    AUSA Vincenza Tomlinson (312) 353-5496

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MESIAH ESPANA

CASE NUMBER: 26 CR 243

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 9, 2025, at Great Lakes Naval Base, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18, United States Code, Section 2251(a) | knowingly employed, used, persuaded, induced, and enticed a minor, namely Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce |

This criminal complaint is based upon these facts:

 X  Continued on the attached sheet.

*Bianca Rebolledo / by HKM*
BIANCA REBOLLEDO
Special Agent, Naval Criminal Investigative Service

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: May 20, 2026

*Heather K. McShain*
*Judge's signature*

City and state: Chicago, Illinois

HEATHER K. MCSHAIN, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, BIANCA REBOLLEDO, being duly sworn, state as follows:

1. I am a Special Agent with the Naval Criminal Investigative Service ("NCIS"). I have been so employed since approximately October 2018. I am currently assigned to the NCIS Resident Agency Great Lakes, Illinois office ("NCISRA"). I am authorized under 10 U.S.C. Section 8750 to execute federal warrants and make arrests. As part of my duties as NCIS Special Agent, I investigate criminal violations relating to offenses under the Uniform Code of Military Justice which includes crimes committed on or aboard U.S. Navy or Marine Corp installations, aircrafts, or vessels, offenses committed by or against military personnel and civilian employees, and crimes otherwise involving Department of Navy assets, personnel, or facilities, including violations pertaining to the illegal distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in multiple forms of media, including computer media.

2. This affidavit is submitted in support of a criminal complaint alleging that MESIAH ESPANA has violated Title 18, United States Code, Section 2251(a). Because this affidavit is being submitted for the limited purpose of establishing

probable cause in support of a criminal complaint charging ESPANA with sexual exploitation of a child, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, information from persons with knowledge regarding relevant facts, my own observations, and actions, my experience and training, the experience of other agents, witness interviews, and records obtained during the course of the investigation.

## I. FACTS SUPPORTING PROBABLE CAUSE

### A. Summary of Probable Cause

4. In summary, and as set forth more fully below, MESIAH ESPANA used the social media application Discord[1] to communicate online with female children for the purpose of producing child pornography between at least July 2025 and September 2025. Specifically, as outlined below ESPANA used his Discord accounts "megu00187" and "megu_1776" ("collectively the Discord Accounts") to solicit and receive multiple images and videos constituting child pornography from two minor victims, Minor Victim 1 and Minor Victim 2, who were both approximately 16 years

---

[1] I know based on public-source information, including Discord.com, and my investigation, that Discord is a free, versatile communication app designed for creating, sharing, and joining virtual communities known as "servers." The Discord application is primarily accessible through a computer desktop application, directly in any web browser, or via mobile apps for iOS and Android products, like cell phones.

old at the time of the communications. In addition to sexually explicit material, ESPANA directed Minor Victim 2 to engage in self-mutilation and self-strangulation for his sexual gratification. As set forth below, ESPANA engaged in these conversations over Discord, which uses the Internet, from the Great Lakes Naval Station, where he has been stationed as an enlisted seaman recruit since approximately March 2025.

**B.  Identification of ESPANA and ESPANA's Discord Accounts**

5.      As detailed below, after NCISRA received an anonymous tip that alleged ESPANA groomed and sexually exploited a 16-year-old girl, law enforcement obtained Discord records and communications. A review of those records, and subsequent subscriber records for associated email accounts, phone numbers, and IP addresses, demonstrated that ESPANA used at least two Discord accounts to communicate with and solicit sexually explicit material from at least two minor victims.

6.      On or about September 8, 2025, NCISRA received an anonymous online tip alleging that ESPANA was involved in suspected grooming and sexual exploitation of a 16-year-old girl (subsequently identified as "Minor Victim 1").  The tip further indicated that ESPANA used manipulation, coercion, and sexual language to control and exploit Minor Victim 1 and that Minor Victim 1 is seeking assistance to stop the abuse, but is afraid to come forward.  The tipster provided ESPANA's first and last name, stated he was "a Navy student," and listed several usernames believed to be associated with ESPANA's Discord accounts to include: "megu1776,"

3

"megu_1776," and "megu00187" and the Instagram username "mokapony2003_."
The tipster provided several screenshots of a conversation between an individual
using the Discord account Victim Account 1 (later identified as Minor Victim 1), and
an individual believed to be ESPANA, using the Discord username "megu."

7.      According to a Department of Defense ("DOD") database, the only DOD
employee with the name ESPANA, Mesiah is assigned to Naval Station Great Lakes
in North Chicago, Illinois and has been since on or about March 27, 2025. According
to U.S. Great Lakes Naval Station records, ESPANA is housed in a barracks room
with four other seamen recruits at the U.S. Great Lakes Naval Station.

8.      On or about September 9, 2025, NCISRA agents also received a Cyber
Tip from The National Center for Missing and Exploited Children ("NCMEC") which
contained Discord chat logs between Discord user "megu00187" and Discord user
Victim Account 1 indicating that Victim Account 1 user (Minor Victim 1) provided
their age as 16 and Discord user megu00187 had been communicating with the child
victim for the past three years, including conversations on Discord that were sexual
in nature, and indicated that Minor Victim 1 may have met the Discord user
megu00187 in person.  In the chats, the Discord user megu00187 makes statements
indicating that he is in the US Navy, lives with four other individuals, and is referred
to as "Mesiah" or "dada."

4

9. According to Discord records, Discord user megu00187, with user ID 1396611626970382386,[2] has subscriber information including email address billypony@myyahoo.com and a registered IP address of 50.149.92.50. That IP address, hereinafter, "Great Lakes IP Address 1," provides service to the Great Lakes Naval Station in Illinois, 60088, where ESPANA is stationed.

10. Furthermore, according to Yahoo! Records, the email address billypony@myyahoo.com, is associated with phone number, (575) XXX-6238 (the "6238 Number"), which is the same telephone number provided by ESPANA to the Navy and listed in his military personnel records.

11. Subscriber records obtained from Discord for Discord user megu_1776, provided contact information for the account, including the 6238 Number, email address espanamesiah@gmail.com, and registered IP address of 50.233.20.158, hereinafter, "Great Lakes IP Address 2" which also provides service to the Great Lakes Naval Station in Illinois, 60088, where ESPANA is stationed.

12. Subscriber information obtained from Google, Inc. for email address espanamesiah@gmail.com, indicated that "Mesiah Espana" is the named subscriber for the Gmail account, which was created on October 19, 2020 and was accessed on July 11, 2025 from Great Lakes IP Address 2. The device attributed to this account was a Samsung Android a15x, IMEI: 357861962664680, serial number: R5CX51MPRQP. This same device was also used and/or associated with Gmail

---

[2] I am aware from my training and experience, and public-source information, including from Discord.com, that a user ID is a unique numerical identifier that is assigned by Discord to users that can never be changed, even if a user changes his account's user name.

account "mokapony123@gmail.com."[3] Subscriber records for the "mokapony123@gmail.com account lists the 6238 Number for that account. Additionally, both Gmail accounts and the 6238 Number were associated with ESPANA's Amazon and DoorDash accounts as described below.

13. Both Discord accounts "megu00187" and "megu_1776" have the same "megu" prefix as the Discord username "megu" seen in the messages provided by the anonymous tipster who alleged the account was used by ESPANA to communicate with Minor Victim 1.

14. As detailed in paragraph 21 below, Minor Victim 1 identified "Mesiah Espana" as the person using the Discord username "megu" that she communicated with and, at his direction, sent sexually explicit images of herself. Minor Victim 1 also identified ESPANA's Roblox username as "mokapony", which is a similar name to ESPANA's "mokapony123@gmail.com" account discussed above.

15. On or about March 11, 2026, the Honorable Jeffrey T. Gilbert issued a search warrant (the "Discord Warrant") for six Discord Accounts, including megu00187, megu_1776, Victim Account 1 (used by Minor Victim 1, as detailed below) and Victim Accounts 2 and 3 (used by Minor Victim 2, as detailed below) authorizing the search of the same for evidence, instrumentalities, and contraband of violations of Title 18, United States Code, Sections 2252, 2252A, 2423(b), and 2251(a). *See* 26 M 139. Based on my review of the megu_1776 Discord Account records, I

---

[3] "Mokapony" is similar to the Instagram username provided by the anonymous tip.

identified a photograph of ESPANA[4] dressed in a United States Navy white and blue uniform and another photo of ESPANA holding a United States Department of Navy Seal which was found in his megu_1776 Discord Account that he sent to Minor Victim 1.

16.     Based on a review of ESPANA's Discord Accounts, law enforcement identified approximately 18 images and 20 videos dated between August 2023 and March 2026 that were either (i) indicative of child pornography, namely nude female genitals of post-pubescent females sent to ESPANA's Discord Accounts believed to be either Minor Victim 1 or Minor Victim 2, or (ii) depicted obscene materials sent by the Discord Accounts to other Discord accounts, including accounts believed to be controlled by Minor Victims 1 and 2.  Law enforcement further identified multiple instances of ESPANA requesting sexually explicit images from the both minor victims.

## C. ESPANA's Sexual Exploitation of Minor Victim 1

17.     As detailed below, law enforcement identified Minor Victim 1, a 16-year-old girl, as the user of Victim Account 1. Minor Victim 1 identified ESPANA as the "megu" Discord account user and disclosed she sent ESPANA sexually explicit images of herself over Discord at his direction. Discord records reflect ESPANA requesting and receiving child pornography from Minor Victim 1 over Discord including on or about September 9, 2025.

*Identification of Minor Victim 1*

---

[4] I identified ESPANA based on a comparison to his DOD and U.S. Navy official photograph.

18.     According to Discord records from the NCMEC tip, Victim Account 1 had user ID 1098711667854024814, and is associated with an email address Email 1 and an IP address located in Kansas City, Missouri.[5] According to Google records, Email 1 is associated with several other email addresses, including email addresses that use Minor Victim 1's first and last name initials, and Minor Victim 1's mother's email address.

19.     Using a law enforcement database, a search for Minor Victim 1's mother's email address was conducted and listed the first and last name of Minor Victim 1's mother along with a physical address in City 1, Kansas. Records from Google also provided Google Pay customer information and revealed account display name: "[$Minor Victim 1's first name]" with a postal address locality name of City 1, Kansas. Investigating agents contacted the City 1 Police Department who confirmed they had record of Minor Victim 1.

20.     As part of the investigation, Minor Victim 1's mother, Individual A, was interviewed in September 2025. In substance, Minor Victim 1 confirmed Minor Victim 1 was 16 years old. Individual A stated that approximately 2 and one-half years ago, Individual A had found Minor Victim 1 concealing her cell phone. Individual A demanded to see the cell phone and observed Minor Victim 1 had been engaging in sexual communications with another user on Instagram, who Individual A believed to be an older male. Individual A also checked the cell phone's camera roll and found Minor Victim 1 had taken multiple images and videos of her naked genitalia, and

---

[5] Email 1 has been anonymized to protect the privacy of Minor Victim 1.

deleted them. Individual A also said that Minor Victim 1 received gifts through Amazon such as clothing or stuffed animals and would tell Individual A that Minor Victim 1's girlfriend had sent them. Individual A said the Amazon packages had no sender information, and that she had thrown away all of the Amazon boxes and shipping paperwork soon after delivery.

21.     On or about September 25, 2025, Minor Victim 1 was forensically interviewed. The interview was audio and video recorded. During the interview, Minor Victim 1 stated, in substance, that she was 16 years old, and that she met ESPANA while playing Roblox online approximately three years ago.[6] Minor Victim 1 identified ESPANA by name, reported that ESPANA was an adult, and was in the Navy. Minor Victim 1 indicated that she and ESPANA began using Discord to communicate and then moved conversations to Snapchat because ESPANA got banned on Discord. According to Minor Victim 1, ESPANA created a new Discord account, so they moved their conversations back to Discord. Minor Victim 1 indicated that ESPANA's username on Discord is "megu", his username on Snapchat is "Mesiah" and his username on Roblox is "mokapony." Minor Victim 1 stated she exchanged photos of her breasts and vagina with ESPANA and ESPANA sent her photos of his penis. Minor Victim 1 stated that ESPANA directed her to touch herself and send him nude selfies. Minor Victim 1 stated that they arranged to meet, and ESPANA came to her house where they engaged in sexual intercourse. Minor Victim

---

[6] Roblox is a popular online platform where users can create, share, and play games.

1 indicated ESPANA left her house in an Uber after the visit. Minor Victim 1 stated ESPANA sent her teddy bears and stuffed animals through the mail.

22. According to United States Postal Service records, three separate packages were delivered to Minor Victim 1 at her home address in City 1, Kansas via Amazon, Inc. All three packages were from Amazon and were addressed to "[Minor Victim 1's first name] Espana" and delivered on March 4, 2024, May 5, 2024, and May 15, 2024, respectively.

23. According to records from Amazon, ESPANA has an Amazon account with an associated physical address in Las Cruces, New Mexico, email addresses espanamesiah@gmail.com and mokapony123@gmail.com, and phone numbers (575)-520-8990 (the "8990 Number") and the 6238 Number. These email addresses and the 8990 Number and 6238 Number are the same contact information listed for ESPANA's DoorDash account as further described below and linked to his Yahoo! Account as detailed above in paragraph 10. Further, Minor Victim 1's home address was listed as an address associated with ESPANA's Amazon account. According to ESPANA's military records, Las Cruces, New Mexico is ESPANA's hometown.

### *ESPANA's Sexual Exploitation of Minor Victim 1*

24. Based on my review of Discord records, ESPANA, using the Discord Accounts communicated extensively with Minor Victim 1, using Victim 1 Account, on Discord between 2023 and 2025. During my review, I identified images sent by Minor Victim 1, using the Victim 1 Account that depict images of female genitalia that I believe are images of Minor Victim 1 because (1) they originated from Victim 1's

10

Account; (2) I recognize Minor Victim 1's belongings in the images; (3); in some of the other images found on Victim 1's Account, I recognize Minor Victim 1's face from meeting with her in person.

25.    Based on review of Discord records, on September 9, 2025, at approximately 1:25 a.m., ESPANA, using the megu00187 account, demanded Minor Victim 1, using Victim Account 1, "spre[a]d ur ass", and approximately 1 minute later, Minor Victim 1 sent ESPANA, via Discord, an image depicting a close-up image of a nude female's genitalia and anus (Image 1). Specifically, a portion of the conversation between ESPANA and Minor Victim 1 was as follows:

> **Megu00187 [ESPANA]:** prove to me how bad u need dada
> **Megu00187 [ESPANA]:** spreed [spread] ur ass
> **Victim Account 1 [Minor Victim 1]:** oki dada:>
> **Victim Account 1 [Minor Victim 1]:** is dis okii?aa   [whereupon Minor Victim 1 sends Image 1]
> **Megu00187 [ESPANA]:** awwwwwww yes bb
> **Megu00187 [ESPANA]:** dada cant wait to rape ur ass bb

26.    Notably, in the Discord warrant return records, Victim Account 1 appears in the chat conversations as "deleted_user_ed8574613d1" rather than by Victim Account 1. Upon further review, deleted_user_ed8574613d1 has the same Discord unique user ID and subscriber information as Victim Account 1 and accordingly, there is probable cause to believe it is the same account.

**D. ESPANA's Sexual Exploitation of Minor Victim 2**

27.    As explained above, law enforcement identified a second minor victim, 16-year-old Minor Victim 2, who ESPANA solicited and received child pornography

11

from in or about July 2025 over Discord. Additionally, ESPANA directed Minor Victim 2 to engage in self-harm behaviors, including self-strangulation and cutting.

### *Identification of Minor Victim 2*

28.     During Minor Victim 1's forensic interview, Minor Victim 1 stated that she learned that ESPANA was recently communicating with another 16-year-old female, who Minor Victim 1 knew as "Maddie", (subsequently identified as "Minor Victim 2" below).

29.     Based on NCISRA review of Discord chat logs between Minor Victim 1 and ESPANA, using the Discord account megu00187, ESPANA indicated that Minor Victim 2's name was "maddie" and ESPANA wrote to Minor Victim 1 that he told Minor Victim 2 that ESPANA did not want Minor Victim 2 to kill herself because if Minor Victim 2 killed herself "theyd sreach [sic] her shit and arrest me…proof" because of "all the pics and shit." On or about September 6, 2025, ESPANA, using megu00187, wrote to Minor Victim 1 that ESPANA had sent "sex toys" to Minor Victim 2 on "doordash."

30.     According to DoorDash records, ESPANA has a DoorDash account that included, as subscriber information, the 6238 Number, as well as phone number (575) 520-8990, and two email address: espaniamesiah@gmail.com and mokapony123@gmail.com. Subscriber information for ESPANA's DoorDash account also included a "physical address" in City 2, Tennessee.

31.     According to DoorDash records, ESPANA ordered items from PetSmart and CVS and delivered them to City 2, Tennessee on July 8, 2025, July 16, 2025 and

July 17, 2025 accessing the internet from Great Lakes IP Address 1 and Great Lakes IP Address 2.

32.     Law Enforcement database checks on the address listed in City 2, Tennessee from ESPANA's DoorDash account, revealed that police officers from City 2, Tennessee responded to the address for a mental health wellness check on Minor Victim 2 on or about October 18, 2024. The police report listed Minor Victim 2's full name and date of birth confirming she is a minor. Minor 2's first name is a name that is consistent with having the nickname "maddie."

33.     On or about November 5, 2025, law enforcement forensically interviewed Minor Victim 2. The interview was audio and video recorded. During the interview, Minor Victim 2 indicated that she dated ESPANA online for a few months earlier in the year. Minor Victim 2 indicated that ESPANA purchased her adult toys, which she further described as sex toys, for her to use on video calls with ESPANA over Discord. Minor Victim 2 also stated that ESPANA requested that she cut "megu" into herself, which she complied and sent the video/images to ESPANA to over Discord.

34.     Additionally, as part of the investigation, law enforcement obtained a search warrant for Victim Accounts 2 and 3. Based on my review of the Discord records, I recognized images of Minor Victim 2 and her room from images located in Victim Account 2 and Victim Account 3. Additionally, based on these records, Minor Victim 2 sent her home address in City 2, Tennessee to ESPANA, over Discord, using her Victim Account 2.

### *ESPANA's Exploitation of Minor Victim 2*

35. Based on my review of Discord records, I identified numerous communications between ESPANA's Discord accounts and Minor Victim 2's Victim 2 and Victim 3 Accounts between approximately July 1, 2025 and August 3, 2025. In my review, I identified several images that depicted sexually explicit content sent from Minor Victim 2's Discord accounts to ESPANA's megu_1776 Discord account.

36. For example, based on my review of ESPANA's megu_1776 account, on or about July 2, 2025, ESPANA, using the megu_1776 account, directed Minor Victim 2, using the Victim 2 Account, to "show me your pussy" and, in response, Minor Victim 2, sent ESPANA, via Discord, an image of a post-pubescent female sitting on a bed holding her nude genitalia and exposing her vagina, with the focus of the image on the nude vagina (Image 2). The female's face is not visible. Minor Victim 2 sent the image within 4 minutes of ESPANA's request. Specifically, the conversation occurred as follows:

> **Megu_1776 [ESPANA]:** show me your pussy:>
> **Victim Account 2 [Minor Victim 2]:** [whereupon Minor Victim 2 sends Image 2]
> **Victim Account 2 [ESPANA]:** Good girl

37. Based on a review of Discord records, ESPANA, using his megu_1776 account, directed Minor Victim 2 to engage in sadomasochistic behavior including carving "megu" into her body and physically strangling herself with a belt.

38. Specifically, according to Discord records, on or about July 7, 2025, ESPANA directed Minor Victim 2 to strangle herself with a belt for his sexual gratification. Specifically, ESPANA directed Minor Victim 2 to "tie a belt on" her

14

metal bedframe so it "strangles" her and told her to be a "good bitch and do what im telling u then." In the conversation, ESPANA directed Minor Victim 2 to turn on her "cam" and tells her to "[s]top complaining before I change my mind and u do normal shit should be grateful I even wanna see u strangle yourself for me." ESPANA also tells Minor Victim 2 that "[b]eing able to talk means its" "To[o]loose" and "[i]ts me[a]nt to hurt silly." After an extended series of directions from ESPANA, Minor Victim 2 sent ESPANA, via Discord, a "selfie"-style photograph of Minor Victim 2 with a belt around her neck.[7]

39.     Additionally, based on a review of Discord records, on or about July 8, 2025, ESPANA using his megu_1776 Account, directed Minor Victim 2 to "cut deep" so he can "praise" her. After Minor Victim 2 responds, "okay i[] cut rn", Minor Victim 2, using Victim Account 2, sends ESPANA a "selfie"-style image of nude breasts with cuts on her chest that say "I LUV MEGU."[8] The exchange is below:

> **megu_1776[ESPANA]:**   yknow if u behaved and just did what u were told u wount have to hurt urself
> **megu_1776[ESPANA]:**   Better actually cut deep tn
> **Victim Account 2 [Minor Victim 2]:**okay i love you
> **megu_1776[ESPANA]:**   As u send a nude to a girl
> **megu_1776[ESPANA]:**   Smh
> **Victim Account 2 [Minor Victim 2]:**iâ€™ll cut in abt 10 minutes
> **megu_1776[ESPANA]:**   Hurry up
> **megu_1776[ESPANA]:**   So i can praise u
> **Victim Account 2 [Minor Victim 2]:**okay iâ€™ll cut rn :3
> **Victim Account 2 [Minor Victim 2]:** [whereon Minor Victim 2 sends a selfie of her nude breast with cuts on her chest that say "I LUV MEGU"].

---

[7] I identified Minor Victim 2 in this image I have reviewed her audio and video recorded statement, and I have met her in person.

[8] Minor Victim 2's face was not visible in this image.

## II.    CONCLUSION

28.    Based on the foregoing, I respectfully submit that there is probable cause to believe that, on or about September 9, 2025, MESIAH ESPANA knowingly employed, used, persuaded, induced, and enticed a minor, namely Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

FURTHER AFFIANT SAYETH NOT.

*Bianca Rebolledo / by HKM*

BIANCA REBOLLEDO
Special Agent, Naval Criminal Investigative
Service

SWORN TO AND AFFIRMED by telephone May 20, 2026.

*Heather K. McShain*

Honorable HEATHER K. MCSHAIN
United States Magistrate Judge

16